STATE v. MARTIN

No. 553P88.

Case below: 91 N.C. App. 587.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. PEACOCK

No. 564P88.

Case below: 91 N.C. App. 738.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. PEGRAM

No. 527P88.

Case below: 91 N.C. App. 586.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. POWELL

No. 501P88.

Case below: 91 N.C. App. 441.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. ROUNDTREE

No. 36P89.

Case below: 92 N.C. App. 384.

Petition by defendant for writ of supersedeas and temporary stay denied 24 January 1989. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 February 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.